Kinkade, Matthias, Day and Allen, JJ., concur; Marshall, CJ., not participating.

## CLEVELAND RY CO v KUKUCZ

Ohio Supreme Court

No 21736. Decided Dec. 18, 1929

Marshall, CJ., Kinkade, Matthias and Day, JJ., concur. Robinson, J., not participating.

## KAUFFMAN v INDUST COMM

Ohio Supreme Court

No 21905. Decided Dec. 18, 1929

Kinkade, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

## LIMA-TOLEDO RD CO v P U C

Ohio Supreme Court

No 21781. Decided Dec. 18, 1929

Kinkade, Robinson, Jones and Matthias, JJ., concur.

## STATE ex THOMAS v THOMAS

Ohio Supreme Court

No 21938. Decided Dec. 18, 1929

Kinkade, Robinson, Jones, Matthias, Day and Allen, JJ., concur.